JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FRANK OGLESBY, <br>                 Petitioner, <br>     v. <br> JARED D. LOZANO, Warden, <br>                 Respondent. | Case No. CV 19-6105-ODW (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 27, 2020

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE